FILED

06/29/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0220

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0220

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

PAUL RUSSELL SMITH,

      Defendant and Appellant.

**ORDER**

Upon consideration of Appellee's motion for a 45-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including August 19, 2022, within which to prepare, serve, and file its response brief.

RB

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 29 2022